IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAKIM NASEER,

                                                    ORDER

                Plaintiff,

                                                    13-cv-245-bbc

     v.

MARY MILLER, NURSE REUTEUR,
LT. ESSER, SGT. SCULLION,
KELLY TRUMM, ELLEN RAY,
NANCY PADGETT, NURSE T. BRADY,
MS. NYGREN, CAPT. WEBER, P
ROPERTY OFFICER MORRIS, PAUL KEMPER,
TIM HAINES and JASON ALDANA,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on July 12, 2013, I directed plaintiff Hakim Naseer to advise the court whether (1) he wished to proceed only with his imminent danger claims and have his other claims dismissed without prejudice; or (2) pay the $350 filing fee and have the court screen all of his claims. In addition, plaintiff was told that if he failed to respond to the July 12 order by July 30, 2013, I would assume he wished to proceed on his imminent danger claims and I would dismiss his other claims. Finally, plaintiff was told that in order to proceed on his imminent danger claims that he would have to submit an initial partial payment of $0.66 to the clerk of court not later than July 30.

      It is well past the July 30 deadline and plaintiff has not submitted the required partial

1

filing fee in this case or shown cause for his failure to do so.

Accordingly, IT IS ORDERED that plaintiff Hakim Naseer is considered to have withdrawn this action voluntarily and his case is DISMISSED without prejudice. The clerk of court is directed to enter judgment and close this case.

Entered this 12th day of August, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge